ANTHONY VANILLA, Appellant, v. FREDERICK A. MORAN et al., as Members of the Board of Parole of the State of New York, et al., Respondents.

Argued October 6, 1948; decided January 6, 1949.

*Abraham J. Gellinoff* and *E. Stewart Jones* for appellant.
*Nathaniel L. Goldstein, Attorney-General (Wendell P. Brown* and *Irving I. Waxman* of counsel), for respondents.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.